## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE,
## EASTERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR. NO.: 15-10011-STA |
| | ) |
| SANDRA BAILEY, | ) |
| Defendant. | ) |

___

## ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING
___

**THIS CAUSE** came on to be heard upon counsel for the Defendant's Motion to Continue. It appearing to the Court that said Motion is well taken, it is therefore **GRANTED**. The court date is reset until the **3rd** day of **July, 2018**, at **9:30 A.M.**

**IT IS SO ORDERED** this 22nd day of May, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT