**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE,**
**EASTERN DIVISION.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO.: 15-10011-STA |
| | ) | |
| SANDRA BAILEY, | ) | |
| Defendant. | ) | |

_____

**ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING**
_____

**THIS CAUSE** came on to be heard upon counsel for the Defendant's Motion to Continue. It appearing to the Court that said Motion is well taken, it is therefore **GRANTED**. The court date is reset until the 3rd day of August, 2018, at 9:00 a.m.

**IT IS SO ORDERED** this 29th day of May, 2018.

                                                 s/ S. Thomas Anderson
                                                 S. THOMAS ANDERSON, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT