# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE,
# EASTERN DIVISION.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO.: 15-10011-STA |
| | ) | |
| SANDRA BAILEY, | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING

**THIS CAUSE** came on to be heard upon counsel for the Defendant's Motion to Continue. It appearing to the Court that said Motion is well taken, it is therefore **GRANTED**. The court date is reset until **August 10, 2018**, at **11:00 A.M.**

**IT IS SO ORDERED** this 27th day of June, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT